UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD A. HORTON, JR.,

        Plaintiff,

Case No. 1:13-cv-1361

Hon. Ray Kent

vs.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____/

## JUDGMENT

In accordance with the Order filed this date, Judgment is entered in favor of plaintiff and against defendant.

**IT IS SO ORDERED.**

Dated:  April 1, 2016        /s/ Ray Kent
        RAY KENT
        United States Magistrate Judge